# MONTHLY BUSINESS OPERATING STATEMENT

Case No: 2:08-bk02388-RJH  Debtor(s) Name: Philip Gamble  Date Prepared: 6-2-09

Receipts and Disbursement for Month Ended __May__ [A]

**FILED**
JUN - 4 2009
UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | Amount for Month |
|---|---|---|
| **Gross Receipts:** | | |
| B | 1 Gross Sales | $ 6574.15 |
| C | 2 Less Cost of Goods Sold | $ |
| | 3 Gross Profit from Sales (subtract line 2 from line 1) | $ |
| | 4 Add Other Income | $ |
| | 5 Gross Income (add lines 3 and 4) (A) | $ |
| **Business Costs and Expenses:** (Do not list Chapter 13 Plan payment) | | |
| D | 6 Business Real Property Rent/Lease | $ 1928.29 |
| E | 7 Business Real Property Utilities | $ 275.13 |
| F | 8 Salaries/Wages (not included on line 2 above; exclude owner's draw) | $ |
| G | 9 Employee Benefits | $ |
| H | 10 Payroll Tax Deposits | $ |
| | 11 Sales Tax Deposits | $ |
| I | 12 Other Tax Deposits .... IRS | $ 600.00 |
| J | 13 Auto Expense | $ 238.11 |
| | 14 Repairs/Maintenance | $ 150.70 |
| K | 15 Insurance on Business (Fire, Theft, Liability, etc.) | $ 49.34 |
| | 16 Workman's Compensation Insurance | $ |
| | 17 Supplies (not included on line 2 above) | $ |
| | 18 Telephone/Internet | $ 129.25 |
| | 19 Advertising/Promotion | $ |
| L | 20 Travel/Entertainment | $ |
| M | 21 Professional Fees Paid (Attorney, Accountant, etc.) | $ 47.00 |
| | 22 Other Costs/Expense ... Service Account | $ 200.00 |
| | 23 Total Business Costs and Expenses for Month (B) | $ 3348.44 |
| | 24 Net Income (Loss) for Month (A minus B) | $ |
| N | Total Funds On Hand/In Bank At End Of Month | $ 3231.71 |
| O | Total Inventory On Hand At End Of Month | $ |
| P | Total Accounts Receivable (Collectible) At End Of Month | $ |
| Q | Total Accounts Payable At End Of Month | $ |

Under penalty of perjury, I(we) declare that the foregoing information is true and correct.

Signatures: _[signature]_  Date: 6-2-09

Date: _____

Form B-6 (12/2000)  Instruction on Reverse Side

# MONTHLY BUSINESS OPERATING STATEMENT

Case No: 2:08-bk02388-RJH    Debtor(s) Name: Philip Gamble    Date Prepared: 5-1-09

Receipts and Disbursement for Month Ended _____ [A]

|  |  | Amount for Month |
|---|---|---|
| **Gross Receipts:** | | |
| [B] 1 | Gross Sales | $ 6614.76 |
| [C] 2 | Less Cost of Goods Sold | $ |
| 3 | Gross Profit from Sales (subtract line 2 from line 1) | $ |
| 4 | Add Other Income | $ |
| 5 | Gross Income (add lines 3 and 4) (A) | $ |
| **Business Costs and Expenses: (Do not list Chapter 13 Plan payment)** | | |
| [D] 6 | Business Real Property Rent/Lease | $ 1928.29 |
| [E] 7 | Business Real Property Utilities | $ 205.81 |
| [F] 8 | Salaries/Wages (not included on line 2 above; exclude owner's draw) | $ |
| [G] 9 | Employee Benefits | $ |
| [H] 10 | Payroll Tax Deposits | $ |
| 11 | Sales Tax Deposits | $ |
| [I] 12 | Other Tax Deposits ... IRS | $ 600.00 |
| [J] 13 | Auto Expense | $ 238.58 |
| 14 | Repairs/Maintenance | $ 452.11 |
| [K] 15 | Insurance on Business (Fire, Theft, Liability, etc.) | $ |
| 16 | Workman's Compensation Insurance | $ |
| 17 | Supplies (not included on line 2 above) | $ |
| 18 | Telephone/Internet | $ 131.50 |
| 19 | Advertising/Promotion | $ |
| [L] 20 | Travel/Entertainment | $ |
| [M] 21 | Professional Fees Paid (Attorney, Accountant, etc.) | $ 47.00 |
| 22 | Other Costs/Expense ... Service Acct | $ 200.00 |
| 23 | Total Business Costs and Expenses for Month (B) | $ 3803.29 |
| 24 | Net Income (Loss) for Month (A minus B) | $ |
| [N] | Total Funds On Hand/In Bank At End Of Month | $ 281.47 |
| [O] | Total Inventory On Hand At End Of Month | $ |
| [P] | Total Accounts Receivable (Collectible) At End Of Month | $ |
| [Q] | Total Accounts Payable At End Of Month | $ |

Under penalty of perjury, I(we) declare that the foregoing information is true and correct.

Signatures: _[signed]_    Date: 5-1-09

Date: _____

Form B-6 (12/2000)    Instruction on Reverse Side